```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :    20-CR-229 (JMF)
                                                                  :
TREVOR McCOY,                                                     :    ORDER
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Defendant Trevor McCoy filed a motion for immediate release from custody, arguing that he is in danger if he contracts COVID-19 because he has asthma. ECF No. 8. The motion, however, is unsupported by any details of Mr. McCoy's condition, let alone documentation to substantiate it. Because the Court may need additional documentation regarding Mr. McCoy's medical history and the nature of the risks to him if he contracts COVID-19, time is of the essence, and Mr. McCoy may not be available to sign a release form, it is hereby ORDERED that, notwithstanding any provision of the Health Insurance Portability and Accountability Act of 1996, any medical provider to Mr. McCoy shall immediately disclose to his counsel, Julia Gatto, any and all records in its possession relating to Mr. McCoy. With this Order, Ms. Gatto shall promptly endeavor to obtain whatever records she can relevant to this matter.

SO ORDERED.

Dated: April 1, 2020
       New York, New York
                                                    _____
                                                        JESSE M. FURMAN
                                                        United States District Judge