

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2020

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Trevor McKoy</u>, 20-cr-229 (JMF)

Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for May 18, 2020. The Government has conferred with Mr. McKoy's attorney, Julia Gatto, Esq., and the parties concur that the conference should be adjourned. Accordingly, the parties respectfully request that the Court adjourn the May 18 conference to late June or such time as is convenient for the Court. This adjournment will allow more time for the parties to produce and review discovery and discuss a potential pre-trial resolution to the case. The Government respectfully requests that time under the Speedy Trial Act be excluded until the next conference. Ms. Gatto has informed me that he consents to the exclusion.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney

by: _____
                         Thomas S. Burnett
                         Assistant United States Attorney
                         (212) 637-1064

Application GRANTED. Unless and until the Court orders otherwise, the Government shall produce all discovery by May 27, 2020, and Defendant shall file any pretrial motions by June 29, 2020, within the Government's opposition due two weeks later and any reply due one week after the opposition. (If counsel believe there is a need or basis to modify any of those deadlines, they should confer and file a letter motion seeking such relief.) In light of that, the pretrial conference is ADJOURNED from May 18, 2020, to July 6, 2020, at 3:30 p.m. The Court excludes time under the Speedy Trial Act between today and July 6, 2020, finding that the ends of justice served by excluding that time outweigh the interests of the Defendant and the public in a speedy trial because it will enable the Defendant and defense counsel to safely review discovery and prepare any motions they wish to file. The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED.

May 13, 2020