

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States</u> v. <u>Trevor McKoy</u>, 20-cr-229 (JMF)

Dear Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for July 6, 2020. The Government has conferred with Mr. McKoy's attorney, Julia Gatto, Esq., and the parties concur that the conference should be adjourned.

    This Court has ordered that the Defendant shall file pretrial motions by June 29, 2020, with the Government's opposition due two weeks later, and any reply due one week after the Government's opposition. (Dkt. 22.) The parties respectfully request that the Court adjourn the June 29, 2020 motion deadline to August 10, 2020, with the Government's opposition due two weeks later, and any reply due one week after the Government's opposition. This adjournment will allow additional time for Ms. Gatto to speak with the Defendant and review discovery with him. The parties respectfully request that the Court schedule a conference for after pretrial motions have been fully briefed, at a time that is convenient for the Court.

    Finally, the Government respectfully requests that time under the Speedy Trial Act be excluded until the next conference, so the parties can discuss a potential pretrial resolution to the case and brief any pretrial motions. Ms. Gatto has informed me that she consents to the exclusion.

Application GRANTED. The proposed motion schedule is hereby ADOPTED, and the conference is ADJOURNED to August 17, 2020, at 2:30 p.m. The Court excludes time under the Speedy Trial Act between today and August 17, 2020, finding that the ends of justice served by excluding that time outweigh the interests of the Defendant and the public in a speedy trial because the COVID-19 pandemic makes it unsafe to hold an in-person conference at this time. The Clerk of Court is directed to terminate Doc. #24.    SO ORDERED.

June 24, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064