# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 6, 2020

VIA ECF
The Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Trevor McKoy, 20 CR 229 (JF)

Dear Judge Furman:

With the consent of the government and because of disruptions caused by the pandemic, I write to seek an adjourned schedule for pretrial motions. Mr. McKoy only recently received a copy of the discovery and, because of increased lockdowns at his facility, has not had enough time to review it before filing his motions. I also have not had enough time on attorney-client phone conferences to fully discuss the discovery and the facts underlying the anticipated motions. For these reasons, in order to effectively prepare and file pretrial motions, I ask that the current schedule be adjourned by thirty days. The parties propose that Mr. McKoy's motions be due on September 7, 2020; the government's opposition due two weeks later; and any reply due one week after that.

Thank you for your consideration of this application.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:    AUSA Thomas Burnett (via ECF)

Application GRANTED. The proposed motion schedule is hereby ADOPTED, and the conference is ADJOURNED to September 14, 2020, at 2:30 p.m. The Court excludes time under the Speedy Trial Act between today and September 14, 2020, finding that the ends of justice served by excluding that time outweigh the interests of the Defendant and the public in a speedy trial to permit the Defendant and counsel to review discovery and prepare any motions. The Clerk of Court is directed to terminate Doc. #28. SO ORDERED.

*[signature]*

August 6, 2020