

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2020

Hon. Jesse M. Furman
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Trevor McKoy</u>, 20-cr-229 (JMF)

Judge Furman:

    The Government respectfully writes in response to the Court's inquiry about the need for the status conference in the above-referenced matter, currently scheduled for September 14, 2020. The Government has conferred with Mr. McKoy's attorney, Julia Gatto, Esq., and the parties concur that the conference should be held. The parties respectfully propose that the conference proceed over the telephone, with Mr. McKoy also participating over the telephone. If the Court needs any additional information to facilitate Mr. McKoy participating from the MCC, please let the Government know.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Thomas S. Burnett
    Assistant United States Attorney
    (212) 637-1064

The conference remains scheduled for September 14, 2020, but - unless and until the Court orders otherwise - it is moved to 10:30 a.m. At that time, the parties shall call the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate. The Clerk of Court is directed to terminate Doc. #31. SO ORDERED.

September 4, 2020