**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2020

VIA ECF
The Honorable Jesse Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Trevor McKoy, 20 CR 229 (JF)

Dear Judge Furman:

With the consent of the government, I write to ask that the start time of the suppression hearing, scheduled for Thursday November 12, 2020, be moved up from 9:30 a.m. to 10 a.m.

Thank you.

Respectfully submitted,

_____/s/_____
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Thomas Burnett (via ECF)

Application GRANTED. The Government shall update the Marshals about the change in time. The Clerk of Court is directed to terminate. Doc. #43. SO ORDERED.

*[signature]*

November 10, 2020