# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 25, 2021

*VIA ECF*
The Honorable Jesse Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Trevor McKoy,* 20 CR 229 (JMF)

Dear Judge Furman:

With the consent of the government, I write to seek an adjournment of about 30 days of Mr. McKoy's sentencing, which is currently scheduled for June 9, 2021. I need the additional time to effectively prepare a sentencing submission on Mr. McKoy's behalf.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   AUSA Thomas Burnett (via ECF)

Application GRANTED. Sentencing is ADJOURNED to July 7, 2021, at 3:15 p.m. The Clerk of Court is directed to terminate ECF No. 60.

SO ORDERED.

May 25, 2021