**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2021

*VIA ECF*
The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Trevor McKoy,* 20 CR 229 (JMF)

Dear Judge Furman:

I represent Mr. McKoy who is scheduled to appear before the Court on July 7, 2021 for sentencing. I am in receipt of the Pre-Sentence Report in which the Probation Department references a prior Youth Offender conviction, the records of which were available to the Probation Department but are under seal and, therefore, unavailable to the defense. I am informed by the Probation Department that it cannot release the records to the defense without a Court Order. Therefore, I write to request that the Court order the United States Probation Office to provide me with a copy of all court records and documentation relating to Mr. McKoy's Youthful Offender conviction.

Thank you.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:    AUSA Thomas Burnett (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate Doc. #62. SO ORDERED.

June 14, 2021