UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,             :

                                        :            20-CR-229 (JMF)

           -v-                        :

                                        :                REVISED

TREVOR McKOY,                         :      <u>SCHEDULING ORDER</u>

                                        :

               Defendant.         :

                                        :

------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

       IT IS HEREBY ORDERED that the conference previously scheduled for June 11, 2026,

is RESCHEDULED for **June 23, 2026**, at **3:00 p.m.** in **Courtroom 24B** of the Daniel Patrick

Moynihan Courthouse, 500 Pearl Street, New York, New York.


       SO ORDERED.

Dated: May 29, 2026
       New York, New York                                                                                         
                                                    JESSE M. FURMAN
                                              United States District Judge